# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURKAMAL SINGH and ROSIE SANDHU,<br><br>Plaintiffs,<br><br>v.<br><br>L. FRANCIS CISSNA, Director, United States Citizenship & Immigration Services; KIRSTJEN M. NIELSEN, Secretary, Department of Homeland Security; JEFF SESSIONS, Acting United States Attorney General,<br><br>Defendants.<br>_____/ | Case No. 1:18-cv-00782-SKO<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE TRANSFERRED TO THE EASTERN DISTRICT OF PENNSYLVANIA PURSUANT TO 28 U.S.C. § 1404(a)**<br><br>**(Doc. 19)** |

Plaintiffs Gurkamal Singh ("Singh") and Rosie Sandhu ("Sandhu") (collectively, "Plaintiffs") bring this action challenging the denial of a Petition for Alien Relative (Form I-130) filed by Plaintiff Sandhu on behalf of her husband, Plaintiff Singh. (*See* Doc. 1 (Compl.).)

In an order filed August 30, 2018, this Court noted that Plaintiffs' claims challenge the United States Citizenship and Immigration Services ("USCIS")'s administrative actions in Philadelphia. (*See* Doc. 19.) The Court directed the parties to show cause in writing as to why this action should not be transferred to the Eastern District of Pennsylvania pursuant to 28 U.S.C. §

1404(a), and the parties timely responded.  (*See* Docs. 19, 20, 24.)

Although the allegations in Plaintiffs' complaint suggest that all, or at least a substantial part, of the operative events providing the basis for this action occurred within the Eastern District of Pennsylvania, which weighs in favor of transfer, it is also the case that Plaintiffs' home forum is within this District (*see* Doc. 24-1), Defendants have not challenged venue in this District (*see* Doc. 19 at 5), and no party will be inconvenienced by litigating in this forum because the dispute turns entirely on the administrative record, *see Friends of the Earth v. Hintz*, 800 F.2d 822, 828 (9th Cir. 1986); *see also* Doc. 24 at 5.  The Court therefore finds that transfer of this action pursuant to 28 U.S.C. § 1404(a) is not warranted, and the August 31, 2018, order to show cause is hereby DISCHARGED.

The Court shall proceed to resolve Defendants' opposed motion to dismiss (Doc. 16), the hearing on which was vacated by the Court's prior order (*see* Doc. 19).  The Court reserves the right to reset a hearing on the motion if it determines oral argument is necessary.

IT IS SO ORDERED.

Dated:  **September 10, 2018**  /s/ *Sheila K. Oberto*
                                                                           UNITED STATES MAGISTRATE JUDGE