# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURKAMAL SINGH and ROSIE SANDHU, <br><br> Plaintiffs, <br><br> v. <br><br> L. FRANCIS CISSNA, Director, United States Citizenship & Immigration Services; KIRSTJEN M. NIELSEN, Secretary, Department of Homeland Security; JEFF SESSIONS, Acting United States Attorney General, <br><br> Defendants. <br> _____/ | Case No. 1:18-cv-00782-SKO <br><br> **ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO STAY PROCEEDINGS DUE TO FUNDING LAPSE AND CONTINUING MANDATORY SCHEDULING CONFERENCE** <br><br> (Doc. 36) |

Before the Court is Defendants' unopposed Motion to Stay seeking a continuance of the Mandatory Scheduling Conference until Congress has restored appropriations to the Department of Justice. (Doc. 36.) For good cause appearing, the Court GRANTS the Motion to Stay and ORDERS that, due to a lapse in appropriations for the Department of Justice at midnight on December 21, 2018, **the Mandatory Scheduling Conference, currently set for January 8, 2019, is CONTINUED to February 5, 2019, at 9:45 AM, before the undersigned.**

| | |
|---|---|
| 1 | By no later than January 29, 2019, the parties SHALL file an updated Joint Scheduling Report in accordance with the Court's Order Setting Mandatory Scheduling Conference (Doc. 4) and the applicable local rules (*see, e.g.*, E.D. Cal. L.R. 240), or alternatively, if funds have not been appropriated to the Department of Justice by that date, Defendants SHALL file a status report apprising the Court as to the Department of Justice's funding status. |

IT IS SO ORDERED.

Dated:  **January 4, 2019**                    /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE