UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURKAMAL SINGH, et al.<br><br>Plaintiffs,<br>v.<br>L. FRANCIS CISSNA, et al.,<br><br>Defendants. | No. 1:18-cv-00782-SKO<br><br>**ORDER MODIFYING SCHEDULING ORDER AND VACATING SETTLEMENT CONFERENCE**<br><br>(Doc. 50) |

Pursuant to the parties' Joint Stipulation Extending Time for Filing and Amending Filing Schedule (the "Stipulation") (Doc. 50), and in accordance with Local Rule 144(a), the Court MODIFIES the Scheduling Order as follows:

**1.** Plaintiffs' motion for summary judgment shall be filed by no later than **April 29, 2019.**

2. Defendants' opposition to Plaintiffs' motion, as well as their cross-motion for summary judgment, if any, shall be filed by no later than **May 20, 2019**.

3. Plaintiffs' reply brief in support of their motion, as well as their opposition to Defendants' cross-motion for summary judgment, if any, shall be filed by no later **June 3, 2019**.

4. Defendants' reply in support of their cross-motion for summary judgment, if any, shall be filed by no later than **June 17, 2019**.

5. Plaintiffs' motion for summary judgment and Defendants' cross-motion for summary judgment, if any, shall be heard by no later than **July 10, 2019, at 9:30 a.m.,** in Courtroom 7 before the Honorable Sheila K. Oberto, United States

Magistrate Judge.[1]

6. The current Settlement Conference set for July 11, 2019, is hereby **VACATED**. A telephonic conference to discuss re-setting a Settlement Conference is scheduled for **August 1, 2019, at 11:00 a.m.** (dial-in number: 1-888-557-8511; passcode: 6208204#). Prior to the telephonic conference, counsel are to thoroughly discuss the advantages of and possibilities for settlement with their respective clients, and each other, and be prepared to propose a date on which a Settlement Conference will be set. By no later than **July 25, 2019**, the parties shall file a joint statement confirming that they have met and conferred and setting forth their proposed Settlement Conference date(s).

IT IS SO ORDERED.

Dated: __**April 18, 2019**__  /s/ *Sheila K. Oberto*
 UNITED STATES MAGISTRATE JUDGE

---

[1] The parties' Stipulation erroneously refers to the hearing date and Settlement Conference date as July 9 and July 23, 2019, respectively, *see* Doc. 50 at 2; the current hearing date and Settlement Conference date are instead June 26 and July 11, *see* Doc. 46 at ¶¶ 7, 8.

2